# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2012

144142-3

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

THOMAS J. PETIPREN,
     Plaintiff-Appellee,

v

RODNEY JASKOWSKI,
     Defendant-Appellant,
and

VILLAGE OF PORT SANILAC,
     Defendant.

SC: 144142
COA: 298088
Sanilac CC: 09-032990-NO

_____/

RODNEY JASKOWSKI,
     Plaintiff/Counter Defendant-
     Appellant,

v

THOMAS J. PETIPREN,
     Defendant/Counter Plaintiff-
     Appellee.

SC: 144143
COA: 301125
Sanilac CC: 10-033374-NO

_____/

On order of the Court, the application for leave to appeal the October 20, 2011 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue whether Chief of Police Jaskowski is entitled to absolute immunity under MCL 691.1407(5).

The Michigan Association for Justice and the Michigan Association of Chiefs of Police are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2012

_____
Clerk

t0425